**Opinion issued October 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00792-CV

_____

### NEIL KELLER, SAM GLENNEY, MICHAEL SHUTTLESWORTH, AND DAVID BIRD, Appellants

### V.

### TOM MORRIS AND FBT ENTERPRISES, LLC, Appellees

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-40329**

---

### MEMORANDUM OPINION

The parties have filed a joint motion to reinstate and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant the motion, reinstate the appeal, and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1), 42.2(a).

### PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.